**Freddie Demoris BRADLEY, Petitioner–Appellant**

v.

**Rick THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 08–41334
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 5, 2010.

Freddie Demoris Bradley, Tennessee Colony, TX, pro se.

374

Melissa L. Kelly, Office of the Attorney General, Austin, TX, for Respondent–Appellee.

Before BENAVIDES, PRADO and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Freddie Demoris Bradley, Texas prisoner #1131925, appeals the district court's dismissal of his 28 U.S.C. § 2254 petition for habeas relief. Bradley claims that the evidence at trial was legally insufficient to support the jury's verdict that he was guilty of robbery. Specifically, he asserts that no evidence in the record supports a finding that he "intentionally or knowingly threaten[ed] or place[d] another in fear of imminent bodily injury or death." *See* TEX. PENAL CODE ANN. § 29.02(a)(2).

We have reviewed the record and the briefs submitted by the parties and hold that Bradley failed to meet his burden of establishing that the state court's adjudication of his claims resulted in a decision that was contrary to federal law. *See* 28 U.S.C. § 2254(d); *Williams v. Taylor,* 529 U.S. 362, 402–13, 120 S.Ct. 1495, 146 L.Ed.2d 389 (2000); *Jackson v. Virginia,* 443 U.S. 307, 324–25, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979); *Wilmeth v. State,* 808 S.W.2d 703, 705–06 (Tex.1991). Accordingly, we affirm.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.